# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Harold Jean-Baptiste
253-37 148 Drive
Rosedale NY 11422                                              )

                                                              )

Plaintiff                                                     )

                                                              )

V.

United State Department of Justice          Case: 1:23–cv–01054 JURY DEMAND
950 Pennsylvania Avenue, NW                 Assigned To : Chutkan, Tanya S.
Washington, D.C. 20530-0001                 Assign. Date : 4/12/2023
                                            Description: Pro Se Gen. Civ. (F–DECK

Merrick B. Garland                                            ,
Attorney General of the United States,
Head of the United State Department of Justice;              )
Named in his official capacity;
                                                              )

V.
Federal Bureau of Investigations                             )
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001                                  )

                                                              )

Christopher Wray,                                            )
Director of the Federal Bureau of Investigations;
Name in his official capacity;                               )

                                                              )

V.
Civil Process Clerk for the U.S. Attorney's Office          )
for the District of Columbia at 601 D
St., NW, Washington, D.C. 20530                             )

                                                              )

Defendants                                                   )

                                                              )

                                                              )

                                                              )

                                                              )

                                                              )

                                                              )

RECEIVED
Mail Room

APR 1 2 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## COMPLAINT FOR VIOLATION

## FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA), 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 18 U.S. CODE § 242, 18 U.S. Code § 2516, LACK CARE OF DUTY, FOURTH AMENDMENT, NINTH AMENDMENT AND CRUEL.

## NATURE OF ACTION

The plaintiff brings this action under FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA), 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 18 U.S. CODE § 242, 18 U.S. Code § 2516, LACK CARE OF DUTY, SECOND AMENDMENT, FOURTH AMENDMENT, NINTH AMENDMENT AND CRUEL.  The plaintiff brings this action individually and on behalf of himself on Federal Bureau of Investigations (FBI), United State Department of Justice (DOJ), who has been discriminate against plaintiff, violation of Constitutional Rights and Federal Laws. Plaintiff suffered discrimination and harassment in whole by the FBI to since September 17, 2021 singled out for adverse treatment by FBI done under "National Security Letters" (NSL) use to shield their violation of Federal Laws. The FBI monitored the plaintiff's calls and laptop to see the plaintiff's activities, prevented E*TRADE Investments. The defendant contacted E*TRADE to prevent the plaintiff from executing any trade investments, direct violation of plaintiff to violate his Civil Rights and Federal Law. The defendant's willfully, negligently and lack of care of duty to instruct E*TRADE to disable and hinder the plaintiff investment account causing the plaintiff loss of investment gains and profit from investments.  The actions of the defendant's negligence and purposely with the intended to oppress, violate the plaintiff's privacy. Plaintiff was oppressed and suffered investment lost by the by DOJ and FBI.

## JURISDICTION AND VENUE

1. Jurisdiction is proper in this court in that the District Courts have original jurisdiction under 28 U.S. Code § 1331, 1343, 1346, 1357 and 1361 because they arise under the laws of the United States, defendants' offices is the district and are brought to recover damages for deprivation of Civil Rights, Constitutional Rights, and violation Federal Laws.

2. Venue is proper in this Judicial District under 28 U.S.C. § 1391(b)-(c), that the defendant's headquarters, or office is located in this district, the personnel records relevant to this case are in this district and the personnel practices challenges herein were directed or supervised by defendants in this district.

1. Plaintiff have exhausted their administrative remedies prior to bringing this suit. Request of FBI, DOJ and Department of Homeland Security (DHS) file under Freedom of Information Act (FOIA) files pertaining on this complaint on the plaintiff on 3/2/20, it has not been issued, more information was requested; second request has been formally requested asking for FOIA Public Liaison (FPL) for assistance for the plaintiff on the specific files on 3/28/20. Office of Government Information Services (OGIS) offered no further assistance and issued the request close on April 15, 2020. All attempt and appeal were exhausted to obtain the FOIA files. A prior lawsuit was file with the US Court District of Columbia Civil Division (CASE #20-CV-02178) request relief and the plaintiff dismiss the case without prejudice believing the discrimination would of stop. Judge McFadden had issued a vacate order to stop any other branch of government order, or Executive Order or stop any investigative actions

3

against the plaintiff under the Trump Administration, but that order has been ignored. A second lawsuit was file which is in Superior District of Columbia (CASE # 2021 CAB 000377) which the defendants did not appear, and appeal to DC Appeal Court (CASE # 21-CV-0242) and the case in the Supreme Court #21-1175, defendants was giving immunity, which is an admission of guilt as stated by the Supreme Court. The plaintiff previous file a third lawsuit alleging more serious violation of law case # 21-CV-2221 and Judge McFadden order me to include Channing D. Phillips Attorney for the District of Columbia complaint served and signed for (EJ63 9079 935 US). The plaintiff complied to Judge McFadden order and the plaintiff sent the clerk the Affidavit of Service 2021-11-29 18:29 via email dcdml_intake@dcd.uscourts.gov and it was received and not posted on Pacer for the Judge McFadden. Plaintiff noticed the grave error and did not call the clerk to ensure it was posted because the plaintiff intention was to get an injunction and Kenneth Adebonojo of the DOJ email me for an extension 2021-12-27 15:47 via email Ken*******@usdoj.gov that convey the plaintiff request in writing the FBI will stop trying to destroy the plaintiff's life. He stated, "I hope this meets you and yours well. I need to request an enlargement for thirty (30) days to confer with FBI Agency Counsel I will try to convey your concerns. May I represent that I have your consent to an enlargement?" and the plaintiff agreed to the extension. The case was dismissed without prejudice because of the clerk's error to not post the Affidavit of Service sent on 11-29-21 on Pacer. The plaintiff chose not to pursue the case deliberately. *The plaintiff did not want pursue the other cases because someone in the government saved the plaintiff's life and forever grateful and sure God will reward this person.* The plaintiff file past lawsuit against the defendant for multiple attempts on his life in case #23-CV-432

4

filed in District of Columbia, which is on video. This is a new lawsuit is for new allegations against the defendants for retaliation and oppression of the plaintiff from investment gains oppress plaintiff', unfortunate the plaintiff can't allow that. This new lawsuit has been file to vacate the actions of the defendant's violation of the plaintiff privacy and oppression. The plaintiff doesn't know these people or have the education understand the level of hatred by this Special FBI hinder and oppress the plaintiff's life with the honor of a Federal Badge for no reason out of pure racism or just the FBI is above the law to continue violate Federal Laws. As result of the plaintiff daring to challenge violation of laws and filed a number 'Color of Law' complaints with DOJ, FBI Inspector General, the actions of the defendants are in full display for public and the U.S District Court to review.

2. Defendants Federal Bureau of Investigations (FBI) and United State Department of Justice (DOJ) is sued herein in his official capacity.

3. Plaintiff Harold Jean-Baptiste, Black Male, is a resident of the state of New York. He has been targeted and harass by the FBI to violate Civil Rights, Human Rights Violations, Federal Laws, and Constitutional Rights August 1, 2020.

## FACTUAL BACKGROUND ON HARRASMENT, VIOLATIONS OF FEDERAL LAWS AND DISCRIMINATION

4. On April 2, 2023

The plaintiff went on Etrade.com to invest funds from his bank account and the account was open without any issue. The defendants contact E*TRADE to prevent any investment actions to

take place. The plaintiff contacted E*TRADE informed them all the funds in the account was valid funds from the plaintiff bank account and legitimate funds according to SEC laws. The defendants monitored the plaintiff's computer and contacted E*TRADE to prevent the plaintiff from executing any investment gain on E*TRADE and informed E*TRADE to block all options to make investment on the E*TRADE account. E*TRADE was instructed by the FBI Special Agent to restrict the account, block all investment trades, block the removal of funds and instruct the plaintiff to provide a gas utility bill to remove the restriction on the account. When the plaintiff contacted E*TRADE 1800 number to remove the restriction by phone, FBI agents with the instruction of the Special Agent incepted the call of the plaintiff for concealment of assets and provide false statements to hinder investments which the plaintiff recorded the phone calls as proof for the Court, and the plaintiff provide fake name and DOB and phone number to pull the E*TRADE account to see if FBI agents was incepting the plaintiff calls. The actions of the FBI Agents, violated 15 U.S. Code § 78jjj - Prohibited acts for securities investments. The FBI Agent on the call stated I pulled your account and plaintiff said who can you pull the E*TRADE account with false information, the FBI Agents stated names on the calls was Perter Gergus and Mathew, Emily and stated names (Nicholas Hallett, Jose Santiago, Michael Valle of E*TRADE). The plaintiff stated you have been exposed because the plaintiff gave false information many times to the identity the legitimacy of the calls. Only the FBI would have such technology to execute such action against the plaintiff, this retaliation for filling color of law complaints. The investment assets are in concealment

as instructed by the FBI Special Agent to hinder all E*TRADE investments by interception of the plaintiff calls and laptop monitoring.

5. April 6, 2023

The plaintiff had the following correspondent with E*TRADE about the restriction concealment of assets and investment lost from the collusion with the FBI.

E*TRADE Assistant

5:22 PM

- Chat started with Arlene A
- Hi, this is Arlene Arvizu. Give me a second as I review the conversation up to this point.

Arlene A

- Ariene,
- Hi Harold, how are you today?

Arlene A

- I submitted all my documents and the account is restricted, because I sued the FBI and they contact your firm to restrict the account.

5:23 PM

- I would like to close the account
- All documents to remove the account was process
- Ok, let me take a look. Please give me a few moments.

Arlene A

5:25 PM

- When I call, I get 30 minutes wait time, which is done on purpose.
- When I setup the account I got someone asap

5:26 PM

- Thank you for your patience. I am still looking into this for you.

Arlene A

5:27 PM

- 40 minutes to talk to someone to make a trade is enough to close the account.

- please remove the restriction or close the account.

5:28 PM

- I apologize about the wait. We are still reviewing the documents.

Arlene A

5:32 PM

- They said today it would be reviewed. They issue is simple mu bank statement prove the account is valid and mine.

5:33 PM

- Please provide a time lime for completion or close the account. The funds came from my bank, and proof provided. Please close the account.

5:34 PM

- I don't want do business with your firm anymore

- and delete the account once funds are transferred.

5:35 PM

- In order to transfer the funds, the restriction needs to be resolved. I am working on getting the documents reviewed to remove the restriction.

Arlene A

- The issue is simple we both know that. I just want time to close the account.

- you have the document since yesterday please provide timeline for completion. I would like the account close.

5:37 PM

- The goal is to create a frustration on this matter, and I want to close the account. The funds are legitimate and from a US Bank. Closing the account should not be an issue, send the funds back to the bank.

5:39 PM

- No SAR issue
- My bank statement proves that
- I understand this is frustrating. I am working to get the restriction resolved so you can remove the funds.

Arlene A

- Please as a manager to review the documents which was reviewed already, 3 times, and please close the account.

5:40 PM

- I can follow-up with in a Secure Message once the restriction has been removed.

Arlene A

- Your firm did not give me this much trouble to start the account, and sending funds back to a valid bank account should not be an issue.

5:41 PM

- What is the timeline for this review?
- 4 people looked at it including you.
- In the LOI you submitted, we need explanation on why the funds were returned.

Arlene A

- I provided this statement already.

5:42 PM

- you return the funds not me.
- you have the data.

- regardless the fund went to back to the same account statement provide. No reason is needed to close the account.
- please close the account, please let me know if I have to take legal action to close an account that has valid funds from a bank.

5:44 PM

- To remove the restriction, we need a Letter of Instruction that explains why the funds were returned. I am not able to closed it when there is a balance in the account.

Arlene A

- Can your firm provide a legal statement of the issue. I believe you firm is doing this on purpose to create frustration, nothing illegal was done and documents was provided to prove that.

5:45 PM

- The fund accepted in the account was accepted as valid, why can
- can't I close the account.
- no issue with the $1,500 funds with the account.

5:46 PM

- it's accepted.
- Please wire the funds to me and close the account.
- Sir I will sure for this for principle.
- sue

5:47 PM

- Please provide why you firm is holding this account with valid funds open when I would like it close. I can close investments account anytime of my choose, I have not trades pending

5:49 PM

- You do know this issue can be seen as lost in investment gains and securities violation.

5:50 PM

- I understand you would like to close the account. I apologize for the extended wait on this. I am trying to get this resolved as soon as I can. From Letter of Instruction you uploaded, a reason was not provided on why the bank returned the funds. Are you able to upload a new Letter of Instruction providing a reason on why the funds were returned.

Arlene A

5:51 PM

- The funds are valid, no trade, please close the account. you can't hold the funds for your benefit, that is against the law.
- Sir I don't work for the bank, and the fund was return by you not me
- I nothing to do with this matter.

5:52 PM

- your firm denied the fund, why do I need to provide you a statement.
- Please let me know if I need to take this to court Monday.
- Its one of the documents we ask for in order to remove the restriction.

Arlene A

5:53 PM

- I don't work for the bank or E*TRADE and I don't know why your firm return the funds, my bank sent the funds.
- I Did not return it.
- Your firm accepted the funds of $1500

5:55 PM

- Once again, your firm bank returned the fund nothing to do with me or my bank.

5:56 PM

- I was asked for bank statement and provided it, no statement as for why your bank return the fund and accepted the funds from the same bank. I think you're playing with me and I think the courts need to resolve this matter.

5:57 PM

- I can't provide you statement of why you firm return the funds, I don't work for you firm or bank.

5:58 PM

- I will file a lawsuit on this matter tomorrow, I think your statements is clear by asking for information on why your firm or bank returned the 500 funds and accepted $1500 new funds from the same BOFA account.

6:00 PM

- I will file my lawsuit on this matter. Nothing more is needed to be said.

- What is you location and ID

6:01 PM

- I understand this is upsetting. I am trying my best to get this resolved as soon as possible.

Arlene A

- for the legal complaint

6:01 PM

- you playing with me and asking me for information your firm has. As this point I rather file my lawsuit on principle and you your firm can explain this to the judge and SEC complaint.

6:02 PM

- To resolve this, I will need to connect you to one of representative in Account Activation department. I can call you and connect you with

them.

Arlene A

6:04 PM

- sir I think you understand the matter clear, connect me to them, because filing my complaint with SEC now and using this trail for my evidence in Federal court.

6:05 PM

- What is the best contact phone number to reach you at?

6:06 PM

- Are you still with me?

Arlene A

6:12 PM

- 786-657-8158 or email me, sir nothing needs to be explain me, the funds in my account are valid and accepted as valid and I would like my funds back and close the account. I have no pending trades or investment at this time with your firm. They can close the account with my request as stated, I will be filling my Federal Court case tomorrow for improper hold of investment and prevention of investment gains. Not calling or contacting your firm again, please note my request to formally close the account. You and your firm actions has cost me to lose investment trade gains, by creating this issue to prevent me from making investments and stop investment gains.

6:14 PM

- Please state legally the why you want a statement about your firm or bank reason to return my funds and accepted $1500 funds from the same BOFA account the funds was sent to. I don't work for you firm or bank to know why the funds was returned and accepted as valid

on my account

6:17 PM

- To clarify, would you like me to call you and connect with Account Activations Team?

Arlene A

- connect me now please
- I need my facts on this matter

6:18 PM

- I need more facts on this matter

The plaintiff informed DOJ of the matter submitted the request on 4/7/2023 at 10:59 pm complaint # 278270-JKQ.  The plaintiff filed a 'Color Law' complaint certified mail to:

Assistant Attorney General, Civil Rights Division,
Criminal Section
950 Pennsylvania Avenue, Northwest
Washington, DC 20530
**Certified mail tracking #70222410000007221888

U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, N.W.
Office of the Assistant Attorney General, Main
Washington, D.C. 20530
**Certified mail tracking #70222410000007221871

U.S. Department of Justice, Office of the Inspector General
Investigations Division
ATTN: Civil Rights & Civil Liberties Complaints
950 Pennsylvania Ave., NW
Washington, DC 20530
**Certified mail tracking #70222410000007221949

9.    All these examples monovalent, cruel actions that are 100% factual by the FBI oppress the plaintiff's life.  The witnesses will illustrate

substance for the all the relating allegations by the FBI. This is very simple case, deposition of FBI Agents under oath will collaborate all the allegations in this complaint and identify this FBI Special Agent who plan this. The strategy is to punish the plaintiff with their illegal actions or egregious actions to oppress the plaintiff's life for suing the FBI for attempts to destroy the plaintiff's life. *With the full respect for the U.S District Court to petition so many cases, as result of the multiple attempts on the plaintiff's life especial at the hospital referring to (Case 23-CV-432) in which Assistant Attorney General Kristen Clarke sent letter (JFF-IT-DJ-144-52-0, 1079957) to the plaintiff on 2/21/23 they are investigating in the Civil Rights and Criminal Section Division. Any new experiences immense or minor or miniscule or microscopic the plaintiff can prove in Federal Court jurisdiction the plaintiff will use the Judicial System to protect his life and Civil Rights.*

## THE UNLAWFUL PRACTICES

10. The NYPD and collusion with the FBI unfairly target the plaintiff base on his race, color, national origin, or malicious intentions. The FBI slander and destroyed the character of the plaintiff and using "National Security Letters" (NSL) to cover their actions, treated unfairly and discriminated base on national origin, race and color, a direct violation under FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA), 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 18 U.S. CODE § 242, 18 U.S. Code § 2516, LACK CARE OF DUTY, FOURTH AMENDMENT, NINTH AMENDMENT and CRUEL   FBI conspire and plan this incident to punishment the plaintiff for past lawsuit and many 'Color of Law' complaints filed with

15

DOJ against the FBI, which DOJ is investigating. The plaintiff would like a jury trial for a full fact-finding Judicial Review of this case before the U.S District Court.

## THE PLAINTIFF'S BACKGROUND

11. Plaintiff Harold Jean-Baptiste graduated cum laude from Long Island University with bachelor's in Information System and magna cum laude from Long Island University with an MBA in Finance and University of Baltimore Law Student. Plaintiff has no criminal history, or any history of any investigations of any crime. The plaintiff's background is clean and has no reason to be discriminated against by the FBI or DOJ. The Justice Department and the Federal Bureau Investigations under false pretense and flagged plaintiff for an investigation under National Security Branch Division of the FBI and used "National Security Letters" (NSL) classification as a tool used to be "invisible" in conspire to slander, harass, discriminate, and destroyed the character of the plaintiff. Plaintiff has not been "alleged or suspected violation of any federal laws" or "no criminal history", "never been arrested", "investigate for anything criminal" or "ever attempted to carry out any crimes" or "threats to the national security" or "violate any foreign intelligence laws" under Department of Justice Manual section Title IV, 9-90-010, 9-90-020 9-90-050, 9-90-100, 9-90-200, 9-90-210, 9-90-230, 9-90-240, 9-90-300, 9-90-400, 9-90-440, 9-90-500, 9-90-550, 9-90-600, 9-90-610, 9-90-620, 9-90-625, 9-90-630, 9-90-640, 9-90-700, 9-90-710, 9-90-720 and 9-90-730.

*The Department of Justice has no probable cause for any FBI Investigation or malice order on the plaintiff especially under National*

*Security Division Branch, investigation in this manner shows premediated intention to persecute and malice intent against the plaintiff.* Most egregiously the plaintiff never attempted or violated any of the these statutes to be flagged under "National Security" based on criminal provisions affecting 2 U.S.C. § 192 (Contempt of Congress Related to National Security), 8 U.S.C. § 1185(b) (Travel Control of Citizens), 18 U.S.C. § 219 et seq. (Officers and Employees of the United States Acting as Foreign Agents), 18 U.S.C. § 791 et seq. (Espionage; Unauthorized Disclosure of Classified Information), 18 U.S.C. § 951 et seq. (Neutrality Laws), 18 U.S.C. § 1030(a)(1) (Computer Espionage), 18 U.S.C. § 1542 et seq. (Passport Violations Related to National Security), 18 U.S.C. § 1924 (Unauthorized Removal and Retention of Classified Documents or Material), 18 U.S.C. § 1831 (Economic Espionage), 18 U.S.C. § 2151 et seq. (Sabotage), 18 U.S.C. § 2381 et seq. (Treason, Sedition and Subversive Activities), 22 U.S.C. § 611 et seq. (Foreign Agents Registration), 22 U.S.C. § 2778 (Arms Export Control Act), 42 U.S.C. § 2274 to 2278, 2284, and other Atomic Energy Violations that Affect National Security (Atomic Energy Act), 50 U.S.C. § 3121 (Intelligence Identities Protection Act), 50 U.S.C. § 782 et seq. (Communication of Classified Information by Government Officer or Employee), 50 U.S.C. § 851 et seq. (Registration of Person Who Has Knowledge concerning Espionage Activities), 50 U.S.C. § 1701 et seq. (International Emergency Economic Powers Act), 50 U.S.C. § 2401 et seq. (Export Control Reform Act), 50 U.S.C. App. § 5(b) (Trading With the Enemy Act).

## VIOLATION OF LAWS

12. The FBI and DOJ willfully and negligently conspire to interfere with the

plaintiff Civil Rights, deprivation rights, privileges, or protected by the Constitution or Laws of the United States Also no one shall be subjected to cruel, or degrading treatment, direct violation of 42 U.S. Code.1983, 42 U.S. Code § 1985(3) and Ninth Amendment.

13. The FBI conspire deprivation rights under 'Color of Law', privileges, or protected by the Constitution or Laws of the United States, direct violation of 18 U.S. Code § 242.

14. The FBI violated authorization for interception of wire oral, or electronic communications, the plaintiff never violated any laws under 18 U.S. Code § 2516 to warrant any monitoring is the plaintiff's oral or electronic communication, direct violation of 18 U.S. Code § 2516.

15. The FBI willfully and negligently, conspire to violate Civil Rights, Deprivation of Rights, Privileges, or protected by the Constitution or Laws of the United States, Lack of Care of Duty to deprive the rights and dignity of the plaintiff.

16. The FBI neglect to prevent illegal activity or deprivation rights, privileges, or protected by Federal Laws of the United States, direct violation of 42 U.S. Code § 1986.

17. The FBI willfully and negligently violated FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA) by monitoring plaintiff's computer to find any reasons to interfere with civil rights, deprivation rights, privileges, or protected by the Constitution or Laws of the United States, direct violation of the FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA).

18. The FBI willfully and negligently violated FOURTH AMENDMENT RIGHTS TO PRIVACY by monitoring plaintiff's cell phone calls to setup the plaintiff for arrest and to interfere with privacy and privileges, or protected by the Constitution or Laws of the United States, direct violation of the FOURTH AMENDMENT RIGHTS TO PRIVACY.

19. Plaintiff have experienced severe and pervasive unfair treatment base race, color, national origin, harassment, and retaliation beyond that which a reasonable person would tolerate. WHEREFORE, Plaintiff request that the court to execute a full fact-finding review, since September 17, 2021 of adverse action to the plaintiff subjected to race, national origin, color discrimination and suffered severe emotional distress from the FBI, DOJ, and Human Rights violation. The FBI "invisible tool" used as "National Security Letter" (NSL), with their authority and resources it is not implausible that they would continue their behavior to do harm to the plaintiff and prevent the plaintiff from continuing ligations. The FBI and DOJ are liable for the actions against the plaintiff by violating Constitutional Laws and Federal Statutes. The plaintiff's file suit for protection from the U.S District Court, to prevent and stop any current actions that will violate Federal Laws and deprivation rights, privileges by Civil Rights.

**PRAYER FOR RELIEF**

Plaintiff request relief as follows:

   a. Please issue a Declaratory Judgment against FBI and DOJ practices that violated FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA), 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 18 U.S. CODE § 242, 18 U.S.

Code § 2516, LACK CARE OF DUTY, FOURTH AMENDMENT, NINTH AMENDMENT AND CRUEL.

b. Please issue Declaratory Judgement for the FBI to issue a "Dismissal of Complaint" by the FBI and Department of Justice, FBI Criminal Cyber Response Service Branch, Intelligence Branch, Science and Technology Branch, Information Technology Branch, FBI National Security Branch, and other covert branch to hide any investigations against the plaintiff and to stop all improper investigation and electronic surveillance against the plaintiff.

c. Please issue an order for Injunction and Vacate any Order by the FBI for any investigation or to violate the plaintiff's privacy and Civil Rights.

d. Please award punitive damages $2,000,000 for discrimination and malevolent actions to oppress and destroy plaintiff's life according to proof disclose to the Court.  The plaintiff stating to the U.S District Court his Civil Liberties is priceless, living to be oppress to help his 73-year-old mother is priceless.

e. Please award damages for emotional distress for the plaintiff based on the fact the plaintiff was subjected to cruel behavior by the FBI.

f. Award any Attorneys' fees according to proof.

g. Provide such other relief as may be deemed just and Prop.

Respectfully Submitted

Harold Jean-Baptiste
253-37 148 Drive
Rosedale NY 1422

hbaptiste@influctec.com
786-657-8158 Cell